Daniel Barli, Esq.
One Lower Notch Road
Little Falls, NJ 07424
(973) 638-1101   Fax (201) 326-5176

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
RUCZYNSKI, MARCIN TOMASZ

:   Case No. 13-19262 DHS
    Chapter 7
:   NOTICE OF OPPOSITION
    TO TRUSTEE'S MOTION TO DISMISS CASE

:   Hearing Date: 08/20/2013

To Nicholas J. Delzotti

    Office of the United States Trustee
    District of New Jersey
    One Newark Center, Suite 2100
    Newark, New Jersey 07102

## NOTICE OF OPPOSITION

TAKE NOTICE that opposition to the motion will be heard before the Honorable Donald H. Steckroth, United States Bankruptcy Judge, in the courtroom located at Martin Luther King Jr. Federal Building & Court House, 50 Walnut Street, Newark, New Jersey, on the 20th day of August, 2013, or as soon thereafter as the matter may be heard.

PLEASE TAKE FURTHER NOTICE that the counsel for the Debtor moves this court to dismiss the Trustee's motion to dismiss the within case based on the following:

    Counsel and Debtor did in fact appear for the 341(a) Hearing on July 12, 2013, as requested by the Trustee and were advised that the matter was rescheduled and were instructed to leave.

PLESAE TAKE FUTHER NOTICE that the movant will rely upon this pleading and such other and further oral and/or documentary evidence as may be represented at the time of the hearing hereon.

PLEASE TAKE FURTHER NTOICE that the movant believes that no brief is necessary in support of the within application due to the fact that the matter involves no complex issues in law or fact.

PLEASE TAKE FUTHER NOTICE that no oral argument is requested and the movant consents to the disposition of this matter on the papers.

Date:  08/14/2013          ____/S/ Daniel Barli_____
                           Daniel Barli, Esq.